U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

JUL 24 2008

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **CARLOS DE MOURA** <br> **A 92007831/2851** | **CIVIL ACTION NO. 08-270** <br> **SECTION P** |
| VS. | JUDGE MINALDI |
| **WARDEN, FDC-OAKDALE, ET AL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. In the alternative, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

IT IS ORDERED that the Motion to Dismiss for Lack of Jurisdiction [Doc. 8] be, and is hereby GRANTED.

IT IS FURTHER ORDERED that the Petition for a Writ of Habeas Corpus [Doc. 1] be, and is hereby DENIED as moot.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 21 day of July, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE